|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| STACIE DAVIS,<br><br>                Plaintiff,<br><br>   v.<br><br>METRO TRANSIT KING COUNTY<br>BUS CORPORATION et al,<br><br>                Defendants. | CASE NO. C19-1935 MJP<br><br>MINUTE ORDER GRANTING EXTENSION OF TIME FOR RESPONSE |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Having reviewed Plaintiff's Motion for Extension of Time and Motion for Appointment of Counsel (Dkt. No. 7), and Defendants' Response (Dkt. No. 8), and finding that Defendants' do not object to a brief extension of time for Plaintiff to file her Response to Defendants' Motion to Dismiss for Failure to State a Claim (Dkt. No. 5), the Court GRANTS Plaintiff's Motion for Extension of Time but reserves ruling on Plaintiff's Motion for Appointment of Counsel.

Plaintiff shall have until January 27, 2020 to respond to Defendants' Motion to Dismiss.

Defendants' reply will be due no later than January 31, 2020.

    The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

    Filed January 9, 2020.

    William M. McCool
    Clerk of Court

    s/Rhonda Miller
    Deputy Clerk