# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STACIE DAVIS, | CASE NO. C19-1935 MJP |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| METRO TRANSIT KING COUNTY BUS CORPORATION et al., | |
| Defendants. | |

This matter comes before the Court *sua sponte*. Having reviewed Defendants' Notice of Removal and Plaintiff's Complaint, the Court ORDERS Defendants to show cause why the Court has jurisdiction over this case. While Plaintiff has filled out the form "Complaint for Violation of Civil Rights" and has checked the box for a 42 U.S.C. § 1983 claim (Dkt. No. 1, Ex. 2 at 5), the Complaint contains no allegations that would support such a claim. Therefore, the Court Orders that Defendants show cause within 10 days of the date of this Order why this case should not be remanded to the King County Superior Court.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 31, 2020.

Marsha J. Pechman
United States District Judge